UNITED STATES of America, Plaintiff–Appellee,

v.

Alejandro J. GONZALEZ, a.k.a. Alex Gonzalez, Defendant–Appellant.

No. 09–15229
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 16, 2010.

Anne R. Schultz, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Alejandro J. Gonzalez, Manchester, KY, pro se.

Before TJOFLAT, WILSON and HILL, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed counsel for Alejandro Gonzalez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Gonzalez's conviction and sentence are **AF-FIRMED**.